David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, Cynthia Patterson*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

Cynthia Patterson,

           Plaintiff,

v.

MEDICAL DATA SYSTEMS, INC.
D/B/A MEDICAL REVENUE
SERVICE,

           Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Case No. 2:16-cv-00934-APG-VCF**

**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO MEDICAL DATA SYSTEMS, INC. D/B/A MEDICAL REVENUE SERVICE**

Plaintiff Cynthia Patterson and Medical Data Systems, Inc. D/B/A Medical Revenue Service ("Medical Data Systems, Inc.") hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with

…

…

…

…

…

…

Fed. R. Civ. P. 41 (a)(2) as to **Medical Data Systems, Inc.**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated:                September 9, 2016

| | |
|---|---|
| By:<br><br>/s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | By:<br>/s/ Donald P. Paradiso, Esq.<br>Donald P. Paradiso, Esq.<br>Wilson Elser Moskowitz Edelman &<br>Dicker, LLP<br>300 South 4th Street<br>11th Floor<br>Las Vegas, NV 89101<br>*Attorney for Defendant  Medical Data*<br>*Systems, Inc. D/B/A Medical Revenue*<br>*Service* |

## ORDER

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: _____
              September 9, 2016